RECEIVED
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL DOUGLAS BURKE,<br>Via Carlo Emilio Gadda, 95<br>00143 Rome<br>Italy<br>Ph 0039 32 84710110<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AIR SERV INTERNATIONAL, INC;<br>LOUIS BERGER GROUP; THE LOUIS<br>BERGER GROUP, INC.<br><br>　　　　Defendants. | CASE NO. 1:07-cv-02335 |

## WAIVER OF SERVICE OF SUMMONS

To PAUL DOUGLAS BOURKE and his counsel Patricia Barlow.

On behalf of defendants Air Serv International, Inc. Louis Berger Group and The Louis Berger Group, Inc. I acknowledge receipt of your request by telephone and in writing that these defendants waive service of summons in the above captioned action which is case number 1:07-cv-02335 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in this action, two copies of this waiver and a means by which I can return this waiver to counsel Patricia Barlow in San Francisco.

　　On behalf of these defendants I agree to waive the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring these defendants on whose behalf I am acting be served with judicial process in this lawsuit in the manner provided by Rule 4.

　　On behalf of the above captioned defendants I will retain all

WAIVER OF SERVICE OF SUMMONS

1 | defenses or objections to the lawsuit or to the jurisdiction or
2 | venue of the court except for objections based on the summons or in
3 | the service of the summons.
4 | On behalf of the above captioned defendants I understand that a
5 | judgment may be entered against each of these defendants if an
6 | Answer or Motion under Rule 12 or an extension to enlarge time is
7 | not served within 60 days after the date the request was sent.

DATED:   April 23, 2008

Frank Silane
on behalf of
AIR SERV INTERNATIONAL,
INC; LOUIS BERGER GROUP; THE
LOUIS BERGER GROUP, INC.

This WAIVER OF SERVICE OF SUMMONS is being executed by counsel for the Louis Berger Group, Inc., sued incorrectly herein as both "Louis Berger Group" and "The Louis Berger Group, Inc." and also on behalf of Air Serv International Inc. sued incorrectly herein as "Air Serv International."

Frank A. Silane
CONDON & FORSYTH LLP
Attorneys for Defendants
THE LOUIS BERGER GROUP, INC.
and AIR SERV INTERNATIONAL INC.