**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL DOUGLAS BURKE, an individual,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>AIR SERV INTERNATIONAL, INC.,  )<br>a Florida corporation; LOUIS BERGER  )<br>GROUP; and THE LOUIS BERGER GROUP,  )<br>INC., a New Jersey corporation,  )<br>  )<br>        Defendants.  )<br>  )<br>  ) | Case No. 1:07-cv-02335-HHK |

**CERTIFICATE REQUIRED BY LOCAL RULE 7.1**

I, undersigned counsel of record for Air Serv International, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Air Serv International have any outstanding securities in the hands of the public.

This representation is made in order that Judges of the court may determine the need for recusal.

                                                                                             Respectfully submitted,

                                                                                           **ECKERT SEAMANS CHERIN
                                                                                                & MELLOTT, LLC**

                                                                       /s/ *Thomas J. Whalen*
                                                    Thomas Whalen, Esq. (D.C. Bar #208512)
                                                    Mark Johnston, Esq. (D.C. Bar #455764)
                                                    1747 Pennsylvania Ave., N.W.
                                                    Suite 1200
                                                    Washington, DC  20006-4604
                                                    (202) 659-6600
                                                    Fax: (202) 659-6699
                                                    twhalen@eckertseamans.com
                                                    mjohnston@eckertseamans.com

<u>Of counsel</u>:

Frank A. Silane
(Pro Hac Vice to be filed)
Jennifer J. Johnston
(Pro Hac Vice to be filed)
Christopher B. Queally
(Pro Hac Vice to be filed)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA  90067

Attorneys for Defendants
LOUIS BERGER GROUP, INC. and
THE LOUIS BERGER GROUP, INC.

Dated: June 20, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Local Rule 7.1 Certificate of Air Serv International, Inc.,** was electronically filed and served on Paul Douglas Burke this 20th day of June, 2008, via Federal Express delivery to:

> Paul Douglas Burke
> Via Carlo Emilio Gadda, 95
> 00143 Rome
> Italy
> 0039 32 84710110

/s/ *Thomas J. Whalen*
Thomas J. Whalen

90501