### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL DOUGLAS BURKE, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIR SERV INTERNATIONAL, INC., )<br>a Florida corporation; LOUIS BERGER )<br>GROUP; and THE LOUIS BERGER GROUP, )<br>INC., a New Jersey corporation, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:07-cv-02335-HHK |

## CERTIFICATE REQUIRED BY LOCAL RULE 7.1

I, undersigned counsel of record for Louis Berger Group, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of the Louis Berger Group have any outstanding securities in the hands of the public.

This representation is made in order that Judges of the court may determine the need for recusal.

                                                   Respectfully submitted,

                                          **ECKERT SEAMANS CHERIN**
                                            **& MELLOTT, LLC**

                                          */s/ Thomas J. Whalen*
                                 Thomas Whalen, Esq. (D.C. Bar #208512)
                                 Mark Johnston, Esq. (D.C. Bar #455764)
                                 1747 Pennsylvania Ave., N.W.
                                 Suite 1200
                                 Washington, DC  20006-4604
                                 (202) 659-6600
                                 Fax: (202) 659-6699
                                 twhalen@eckertseamans.com
                                 mjohnston@eckertseamans.com

                      Of counsel:

                      Frank A. Silane
                      (Pro Hac Vice to be filed)
                      Jennifer J. Johnston
                      (Pro Hac Vice to be filed)
                      Christopher B. Queally
                      (Pro Hac Vice to be filed)
                      CONDON & FORSYTH LLP
                      1901 Avenue of the Stars, Suite 850
                      Los Angeles, CA  90067

                      Attorneys for Defendants
                      LOUIS BERGER GROUP, INC. and
                      THE LOUIS BERGER GROUP, INC.

Dated: June 20, 2008

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing **Local Rule 7.1 Certificate of The Louis Berger Group,** was electronically filed and served on Paul Douglas Burke this 20th day of June, 2008, via Federal Express delivery to:

> Paul Douglas Burke
> Via Carlo Emilio Gadda, 95
> 00143 Rome
> Italy
> 0039 32 84710110

                /s/ *Thomas J. Whalen*
                Thomas J. Whalen

90501