UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Douglas Burke, an Individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Air Serv International, Inc., a Florida )<br>Corporation; Louis Berger Group, Inc.; )<br>Delaware Corporation; (erroneously sued as )<br>Louis Berger Group); and The Louis Berger )<br>Group, Inc., New Jersey Corporation, )<br>)<br>Defendants ) | Case No. 1:07-CV-02335-HHK |

## MOTION OF DEFENDANTS FOR
## ADMISSION *PRO HAC VICE*

Defendants, by counsel, move the admission, *pro hac vice*, of counsel Richard A. Lazenby and as grounds state as follows:

1.  This is a civil case involving claims for monetary damages based on alleged negligence, intentional infliction of emotional distress, and claims for punitive damages.

2.  In connection with the prosecution of this case, defendants have engaged undersigned counsel who has been working with Mr. Silane and Mr. Lazenby at Condon & Forsyth's Los Angeles, California office in defending this matter. Mr. Lazenby is a partner in the Los Angeles, California office of Condon & Forsyth, LLP. Mr. Lazenby will serve as co-counsel for defendants who have requested that Mr. Lazenby take a role in the pre-trial and trial proceedings. Mr. Lazenby has substantial experience in negligence claims. Mr. Lazenby is knowledgeable about the factual and legal issues in this action, and has substantial federal practice experience. Mr. Lazenby has not been admitted *pro hac vice* in this Court within the last two years.

3495v.1

3.        Pursuant to LCvR 83.2(d), an executed Declaration in Support of Application *Pro Hac Vice* is attached.

4.        Defendants' counsel has attempted to obtain the consent of *pro se* plaintiff prior to filing this motion.

                        Respectfully, Submitted,

                        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:      */s/ Thomas J. Whalen*
        Thomas J. Whalen, Esq. (Bar No. 208512)
        Mark A. Johnston, Esq. (Bar No. 455764)
        1747 Pennsylvania Ave., N.W.,
        Twelfth Floor
        Washington, D.C. 20006
        (202) 659-6600
        twhalen@eckertseamans.com
        mjohnston@eckertseamans.com

        Counsel for Defendants, Louis Berger Group, Inc., The Louis Berger Group, Inc. and Air Serv International

3495v.1

## CERTIFICATE OF GOOD FAITH

I hereby certify that prior to filing this Motion I attempted to contact the *pro se* plaintiff to obtain his consent but was unable to reach him.

                                                  /s/ *Thomas J. Whalen*
                                                  Thomas J. Whalen

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rules of Civil Procedure, Rule 7
2. LCvR 83.2(d)

                                                  /s/ *Thomas J. Whalen*
                                                  Thomas J. Whalen

3495v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Motion for Admission Pro Hac Vice** was served, this 2nd day of July, 2008, to:

> Richard A. Lazenby, Esq.
> Frank A. Silane, Esq.
> Condon & Forsyth, LLP
> 1901 Avenue of the Stars
> Suite 850
> Los Angeles, CA 90067
>
> Paul Douglas Burke, *pro se*
> Via Carlo Emilo Gadda 95
> 00143 Rome

/s/ *Thomas J. Whalen*
Thomas J. Whalen

3495v.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Douglas Burke, an Individual )<br>)<br>) Case No. 1:07-CV-02335-HHK<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Air Serv International, Inc., a Florida )<br>Corporation; Louis Berger Group, Inc.; )<br>Delaware Corporation; (erroneously sued as )<br>Louis Berger Group); and The Louis Berger )<br>Group, Inc., New Jersey Corporation, )<br>)<br>Defendants. ) | |

### DECLARATION IN SUPPORT OF A *PRO HAC VICE* MOTION

I, RICHARD A. LAZENBY, being duly sworn according to law, depose and say as follows:

1. I am a member in the law firm of Condon & Forsyth LLP in its Los Angeles, California office and have been retained to represent defendants Louis Berger Group Inc., The Louis Berger Group, Inc., and Air Serv International, Inc. in this action. I make this declaration in support of the accompanying Consent Motion for Admission *Pro Hac Vice*. My business address and telephone number are as follows:

3506v.1

Richard A. Lazenby, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars
Suite 850
Los Angeles, California 90067
(310) 557-2030 (telephone)
(310) 557-1299 (facsimile)
rlazenby@condonlaw.com (email)

2.  I am a member in good standing of the Bar of the State Bar of California (Ca. Bar No. 202105); am admitted to practice in the U.S. Court of Appeals for the Ninth Circuit; and am admitted to practice in the U.S. District Courts for the Northern District of California, the Southern District of California, the Eastern District of California, and the Western District of California.

3.  I have never been subject to disciplinary action by any bar. I am not currently the subject of any pending disciplinary proceeding. I am not under suspension or disbarment by any court, state or federal.

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I am not a member of the District of Columbia bar. I do not have an application for membership with the District of Columbia bar pending.

Richard A. Lazenby

Sworn to and subscribed before me
this 27th day of June, 2008

e. coventry patmore
Notary Public
My commission expires: 1/16/09

E. COVENTRY PATMORE
Commission # 1545218
Notary Public - California
Los Angeles County
My Comm. Expires Jan 16, 2009

3506v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Douglas Burke, an Individual )<br>)<br>)   Case No. 1:07-CV-02335-HHK<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Air Serv International, Inc., a Florida )<br>Corporation; Louis Berger Group, Inc.; )<br>Delaware Corporation; (erroneously sued as )<br>Louis Berger Group); and The Louis Berger )<br>Group, Inc., New Jersey Corporation, )<br>)<br>Defendants. ) | |

### ORDER

Upon consideration of the Motion of Defendants for Admission *Pro Hac Vice* and any responses thereto, the Court being duly advised in the premises, it is hereby,

ORDERED, this ____ day of _____, 2008, that defendants' Motion is GRANTED, and that the counsel Richard A. Lazenby be admitted *pro hac vice* to this court for purposes of this case.

_____

Judge Henry H. Kennedy

Copies to:

Thomas J. Whalen, Esq.
Mark A. Johnson, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006

(Con't Next Page)

3505v.1

Frank A. Silane, Esq.
Jennifer J. Johnston, Esq.
Richard A. Lazenby, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars
Suite 850
Los Angeles, California 90067

Paul Douglas Burke, *pro se*
Via Carlo Emilo Gadda 95
00143 Rome

3505v.1