**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PAUL DOUGLAS BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:07-CV-02335-HHK |
| | ) | |
| AIR SERV INTERNATIONAL, INC.; | ) | |
| LOUIS BERGER GROUP; and | ) | |
| THE LOUIS BERGER GROUP, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will kindly enter the appearance of Daniel A. Glass, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants in the above-referenced matter.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

/s/ Daniel A. Glass
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
Daniel A. Glass, Esq. (Bar No. 494041)
1747 Pennsylvania Ave., N.W.
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600
dglass@eckertseamans.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Notice of Entry of Appearance,** was electronically filed and served on Paul Douglas Burke this 11th day of July, 2008, via Federal Express delivery to:

>Paul Douglas Burke, *pro se*
>Via Carlo Emilo Gadda 95
>00143 Rome

>   */s/ Daniel A. Glass*
>   Daniel A. Glass