**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL DOUGLAS BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-CV-02335-HHK |
| ) | |
| AIR SERV INTERNATIONAL, INC.; ) | |
| LOUIS BERGER GROUP; and ) | |
| THE LOUIS BERGER GROUP, INC., ) | |
| Defendants. ) | |

**DEFENDANTS' LCvR 16.3(D) DISCOVERY PLAN AND**
**PROPOSED SCHEDULING ORDER**

Pursuant to this Court's Notice of Pretrial Conference Order of June 30, 2008, Defendants make the following representations and propose the following discovery plan and offer other provisions to be included in the Court's Rule 16(b) scheduling order. Defendants have attempted to contact the Plaintiff via telephone and a Federal Express sent to his listed address in Rome but, to date, have not received any response.[1]

**Brief Statement of the Case**

This is a personal injury action by Plaintiff Paul Burke who was allegedly wounded by a terrorist gunmen in Afghanistan while acting as an armed security guard. The Defendants are Air Serv International, Inc., a helicopter operator, and The Louis Berger Group, Inc.[2], a construction company, who were doing business in Afghanistan at the time of the alleged incident. At the

---

[1] While the Plaintiff has filed this suit *pro se* and his only listed contact information is in Rome, Italy, he is apparently represented in some capacity by an attorney in California. While no attorney has entered an appearance on behalf of the Plaintiff to date, it is believed that she, or someone working with her, will be doing so in the near future. As such, in addition to contacting the Plaintiff using the contact information provided to the Court, courtesy copies of all documents have been provided to her.

[2] Defendant The Louis Berger Group, Inc. was erroneously sued as both Louis Berger Group and The Louis Berger Group, Inc.

time of the incident, Plaintiff was employed by a private security company, U.S. Protections and Investigations, which was hired to provide security to Defendants.

**1. Brief Status of the Case/Dispositive Motions/Commencement of Discovery:**

There are no pending Motions that, if granted, would be dispositive of all claims in this case and therefore there is no reason this matter cannot move forward at this time.

**2. Dates for Joinder of Parties/Amendment of Pleadings/Stipulation of Issues:**

Defendants propose that any motion to join a party be made by October 1, 2008 and that pleadings must be amended by October 1, 2008.

**3. Reference to U.S. Magistrate:**

This matter should not be assigned to a U.S. Magistrate Judge for all purposes, including trial.

**4. Settlement:**

There is no immediate prospect of settlement.

**5. Alternative Dispute Resolution:**

Defendants may be amenable to the use of the Court's A.D.R. procedures at the proper time, once discovery has been taken and the issues involved have been clarified.

**6. Summary Judgment Motions and Motion to Dismiss:**

Defendants anticipate filing a dispositive motion within 45 days after the close of discovery.

**7. Rule 26(a)(1) Disclosures:**

Defendants are not willing to stipulate to dispense with the initial disclosures as required by Rule 26(a)(1).

**8.    Discovery:**

Defendants propose that all discovery shall concluded by March 31, 2009. Counsel for defendants are informed and believe that at least some critical witnesses are on overseas assignments with other companies and defendants anticipate that it will be difficult to arrange their depositions.

**9.    Expert Witnesses:**

Defendants propose that Plaintiffs' experts be disclosed and Rule 26(a)(2) reports be served on or before April 1, 2009; Defendants' experts be disclosed and Rule 26(a)(2) reports be served on or before April 30, 2009; and that any rebuttal experts shall be named and reports provided on or before May 15, 2009.

**10.    Class Action:**

This case does not involve a class action.

**11.    Bifurcation of Trial/Discovery:**

Defendants do not believe there is any reason to bifurcate trial or discovery in this matter.

**12.    Pre-trial Conference:**

Defendants propose that the Court set this matter for a Pretrial Conference on June 30, 2009.

**13.    Trial Date:**

The parties propose that the Court set this matter for trial at the Pretrial Conference.

**14.    Other Matters:**

There are no other matters for the Court's attention at this time.

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Mark A. Johnston*

Thomas Whalen, Esq. (D.C. Bar #208512)
Mark Johnston, Esq. (D.C. Bar #455764)
Daniel A. Glass (D.C. Bar #494041)
1747 Pennsylvania Ave., N.W.
Suite 1200
Washington, DC  20006-4604
(202) 659-6600
Fax: (202) 659-6699
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

**CONDON & FORSYTH, LLP**

Frank A. Silane, Esq.
(*Admitted Pro Hac Vice*)
Richard A. Lazenby, Esq.
(*Admitted Pro Hac Vice*)
1901 Avenue of the Stars
Suite 850
Los Angeles, CA  90067

Attorneys for Defendants, Louis Berger Group, The Louis Berger Group, Inc., and Air Serv International, Inc.

Dated:  July 11, 2008

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing **Defendants' Discovery Plan and Proposed Scheduling Order,** was electronically filed and served on Paul Douglas Burke this 11th day of July, 2008, via Federal Express delivery to:

    Paul Douglas Burke
    Via Carlo Emilio Gadda, 95
    00143 Rome
    Italy
    0039 32 84710110

        */s/ Mark A. Johnston*
        Mark A. Johnston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL DOUGLAS BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-CV-02335-HHK |
| ) | |
| AIR SERV INTERNATIONAL, INC.; ) | |
| LOUIS BERGER GROUP; and ) | |
| THE LOUIS BERGER GROUP, INC., ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the Defendants' Proposed Discovery Plan and the entire record herein, it is this ___ day of July, 2008, hereby **ORDERED** as follows:

1. All amendments to the pleadings including motions to join third parties shall be filed not later than October 1, 2008.

2. Experts and reports pursuant to Rule 26 (a)(2) shall be disclosed by Plaintiffs no later than February 14, 2009. Experts and reports pursuant to Rule 26 (a)(2) shall be disclosed by Defendant no later than March 1, 2009. Any rebuttal expert shall be named and reports provided no later than March 15, 2009.

3. All discovery must be completed by March 31, 2009. The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

4. All dispositive motions shall be filed by not later than May 15, 2009.

5. The Pretrial Conference in this matter is set for June 30, 2009 at which time the Court will set a trial date.

_____
Judge Henry H. Kennedy