IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-02335 (HHK) |
| | ) |
| AIR SERV INTERNATIONAL et al. | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE OF LORI J. SEARCY**

The Clerk of Court will kindly enter the appearance of the undersigned as counsel of record for Plaintiff Paul Burke.

Respectfully submitted,

　　/s/ Lori J. Searcy　　
Lori J. Searcy (DC Bar #471591)
SEARCY LAW OFFICES, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Phone: (703) 644-4122
Fax:    (703) 647-6009
Email:  lori@searcy-law.com

Attorney for Plaintiff Paul Burke

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served this 24th day of July 2008 by electronic delivery, upon:

Thomas Whalen, Esq.
Daniel A. Glass, Esq.
Mark Johnston, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006-4604
twhalen@eckertseamans.com
dglass@eckertseamans.com
mjohnston@eckertseamans.com

   /s/ Lori J. Searcy
Lori J. Searcy (DC Bar #471591)
SEARCY LAW OFFICES, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Phone: (703) 644-4122
Fax:    (703) 647-6009
Email: lori@searcy-law.com

Attorney for Plaintiff Paul Burke