## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-02335 (HHK) |
| ) | |
| AIR SERV INTERNATIONAL et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION FOR CONTINUANCE
## OF INITIAL SCHEDULING CONFERENCE

By Order filed June 30, 2008 this court ordered that the Initial Scheduling Conference in this case be conducted on July 25, 2008 at 11.15 am in Courtroom 27A of the United States District Court for the District of Columbia. Plaintiff's counsel having had a calendar conflict, and having checked with the court through the Courtroom Deputy as to available dates, and having checked these dates with defense counsels' availability, the parties through counsel request that the Scheduling Conference be continued by consent to July 28, 2008 at 10:00 a.m.

Respectfully submitted,

   /s/ Lori J. Searcy     
Lori J. Searcy (DC Bar #471591)
SEARCY LAW OFFICES, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Phone: (703) 644-4122
Fax:    (703) 647-6009
Email:  lori@searcy-law.com

Patricia Barlow, Esq.
(Pro Hac Vice to be Filed)
BARLOW LAW
1611 Leavenworth St.
San Francisco, CA 94109
Ph: (415) 977-1107
Fax: (415) 977-1111
Email:  barlowairlaw@yahoo.com

Attorneys for Plaintiff Paul Burke

Dated:  July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion for

Continuance of Initial Scheduling Conference was served this 24th day of July 2008 by electronic

delivery, upon:

Thomas Whalen, Esq.
Daniel A. Glass, Esq.
Mark Johnston, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006-4604
twhalen@eckertseamans.com
dglass@eckertseamans.com
mjohnston@eckertseamans.com

                                           ___/s/ Lori J. Searcy_____
Lori J. Searcy (DC Bar #471591)
SEARCY LAW OFFICES, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Phone: (703) 644-4122
Fax:    (703) 647-6009
Email:  lori@searcy-law.com

Attorney for Plaintiff Paul Burke

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PAUL BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-02335 (HHK) |
| | ) | |
| AIR SERV INTERNATIONAL et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING CONSENT MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Upon consideration of the Consent Motion for Continuance of Initial Scheduling Conference, it is this _____ day of _____, 2008 hereby

ORDERED that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the Initial Scheduling Conference is now rescheduled for July 28, 2008 at 10.00 am in Courtroom 27A, 6th Floor.

_____
Henry H. Kennedy, Jr.
United States District Judge

WE ASK FOR THIS:

  /s/ Lori J. Searcy
Lori J. Searcy (DC Bar #471591)
SEARCY LAW OFFICES, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Phone: (703) 644-4122
Fax:    (703) 647-6009
Email:  lori@searcy-law.com

Patricia Barlow
(Pro Hac Vice to be Filed)
BARLOW LAW
1611 Leavenworth St.
San Francisco, CA 94109
Ph: (415) 977-1107
Fax: (415) 977-1111
Email:  barlowairlaw@yahoo.com

Attorneys for Plaintiff Paul Burke

  /s/ Thomas Whalen
Thomas Whalen, Esq. (D.C. Bar #208512)
Daniel A. Glass, Esq.
Mark Johnston, Esq. (D.C. Bar #455764)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Ave., N.W.
Suite 1200
Washington, D.C. 20006-4604
Ph: (202) 659-6600
Fax: (202) 659-6600
twhalen@eckertseamans.com
mjohnston@eckertseams.com

Of counsel (*Appearing* Pro Hac Vice):
Frank A. Silane
Richard A. Lazenby
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067

Attorneys for Defendants Louis Berger Group, Inc.
The Louis Berger Group, Inc., and Air Serv Int'l, Inc.